**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00841-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JESUS ALBERTO VILLEGAS, JR., Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90003**

## ORDER

The Court **GRANTS** appellee's September 16, 2013 motion to extend time to file his brief only to the extent we **ORDER** appellant to file his brief by **OCTOBER 1, 2013**. No further extensions will be granted.

The appeal remains set for submission on **October 4, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    MICHAEL J. O'NEILL
PRESIDING JUSTICE